USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/11/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

HELEN SWARTZ, Individually,        :
                                   :
         Plaintiff,                :
                                   :
vs.                                :    Case No.:  1:21-cv-02808-ALC-KHP
                                   :
NY STONE STREET HOTEL XLIII        :
OPERATOR LLC, a Delaware Limited   :
Liability Company,                 :
                                   :
         Defendant.                :
_____/

**MEMO ENDORSED**

## FIRST MOTION TO ADJOURN CONFERENCE

**COMES NOW** Plaintiff Helen Swartz, by and through undersigned counsel, and hereby moves this Honorable Court to adjourn the Initial Case Management Conference set for August 11, 2021, at 10:45 a.m., and as cause therefore would show as follows:

1. The undersigned was just informed via email, on June 8, 2021, at 3:26 p.m., that the property which forms the basis of this lawsuit was sold.

2. Plaintiff's research shows that the subject property was sold on May 26, 2021. Accordingly, it is Plaintiff's desire to file an Amended Complaint showing the new property owner.

**WHEREFORE,** Plaintiff respectfully moves this Court to adjourn the Initial Case Management Conference for sixty (60) days, to allow Plaintiff time to seek permission to file an Amended Complaint, serve same, and attempt to negotiate a settlement, thus conserving judicial resources and attorneys' time and expense.

Dated: June 9, 2021

Respectfully submitted,

*/s/ Lawrence A. Fuller*
Lawrence A. Fuller, Esq. (LF 5450)
FULLER, FULLER & ASSOCIATES, P.A.
12000 Biscayne Blvd., Suite 502
North Miami, FL 33181
(305) 891-5199
(305) 893-9505 - Facsimile
Lfuller@fullerfuller.com

*Counsel for Plaintiff Helen Swartz*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 9th day of June, 2021, the foregoing was filed via the Court's CM/ECF system, which will automatically notice counsel for Defendant:

Erik D. Mass, Esq.
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
599 Lexington Avenue, 17th Floor
New York, NY 10022
erik.mass@ogletree.com

**APPLICATION GRANTED:** The Initial Case Management Conference in this matter that is scheduled for Wednesday, August 11, 2021 at 10:45 a.m. in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to Wednesday, October 13, 2021 at 10:00 a.m.

APPLICATION GRANTED

*[signature]*
Hon. Katharine H. Parker, U.S.M.J.
06/11/2021

*/s/ Lawrence A. Fuller*
Lawrence A. Fuller, Esq.
(LF5450) Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502 North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
Lfuller@fullerfuller.com

*Counsel for Plaintiff Helen Swartz*