

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/09/2021

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York  10018
T (212) 218-5500
F (212) 218-5526

jegan@seyfarth.com
T (212) 218-5291

www.seyfarth.com

July 8, 2021

**APPLICATION GRANTED**

*[Signature]*

Hon. Katharine H. Parker, U.S.M.J.

07/09/2021

**VIA ECF**

Hon. Katharine H. Parker
United States Magistrate Judge
United States District Court for the Southern District of New York
500 Pearl Street, Courtroom 17D
New York, NY 10007

  **Re:**  *Swartz v. NY Stone Street Hotel XLIII Operator LLC, et al.*, **Civil Action No.: 1:21-cv-02808-ALC-KHP**

Dear Judge Parker:

  This firm represents Defendant CRE Holdings Sub I LLC ("Defendant") in the above-referenced action. We write, with Plaintiff's consent, to respectfully request an extension of the deadline of Defendant to respond to the First Amended Complaint, up to and including July 30, 2021.

  By way of background, Plaintiff filed the Complaint on April 1, 2021. (ECF No. 1), which she amended on June 15, 2021. (ECF No. 19.) Defendant was served with the First Amended Complaint on June 25, 2021. Accordingly, the present deadline for Defendant to file a responsive pleading is July 16, 2021. We respectfully request that the Court extend this deadline by 14-days, up to and including July 30, 2021.

  This is the first request for an extension of this deadline which, if granted, will not affect any other scheduled dates, including the Initial Pretrial Conference presently scheduled for October 13, 2021. This request is not intended to cause undue delay, but instead to provide Defendant with additional time to investigate the allegations in the Complaint. The undersigned has communicated with counsel for Plaintiff, and Plaintiff consents to these request.

  We thank the Court for its time and attention to this matter, and for its consideration of this application.



Hon. Katharine H. Parker
July 8, 2021
Page 2

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ John W. Egan*

John W. Egan

cc:     All counsel of record (via ECF)