```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/06/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

HELEN SWARTZ,

                              Plaintiff,          21-CV-2808 (ALC) (KHP)

       -against-                     **ORDER ADJOURNING INITIAL**
                                                          **CASE MANAGEMENT**
NY STONE STREET HOTEL XLIII                     **CONFERENCE**
OPERATOR LLC,

                              Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

    In light of the Notice of Settlement filed on October 5, 2021 (doc. no 31) the Initial Case Management Conference currently scheduled for **October 13, 2021** is hereby adjourned *sine die*.

    **SO ORDERED.**

DATED:    New York, New York
               October 6, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge