USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/7/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Helen Swartz**, | |
| **Plaintiff,** | |
| v. | **21-CV-2808-ALC-KHP** |
| **NY Stone Street Hotel XLIII Operator LLC & CRE Holdings Sub I LLC,** | **ORDER** |
| **Defendant.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar, if the application to restore the action is made within sixty (60) days.

**SO ORDERED.**

Dated:   October 7, 2021
             New York, New York

*/s/ Andrew L. Carter*

**ANDREW L. CARTER, JR.**
**United States District Judge**